USCA1 Opinion

 

 August 11, 1994 [Not For Publication] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT _________________________ No. 93-2108 DAVID MARGESON, Plaintiff, Appellant, v. SPRINGFIELD TERMINAL RAILWAY COMPANY, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Rya W. Zobel, U.S. District Judge] ___________________ ____________________ Before Selya, Circuit Judge, _____________ Bownes, Senior Circuit Judge, ____________________ and Stahl, Circuit Judge. _____________ ____________________ Thomas Lesser and LESSER, NEWMAN, SOUWEINE & NASSER on brief _____________ _________________________________ for appellant. John B. Tewksbury, Karen M. Thursby, and JOHN J. C. HERLIHY __________________ ________________ __________________ & ASSOCIATES on brief for appellee. ____________ ____________________ ____________________ Per Curiam. Appellant having declined to file a ___________ response to the show-cause order heretofore issued by this court, we summarily affirm the judgment below on the basis of the Supreme Court's opinion in Consolidated Rail Corp. v. Gottshall, _______________________ _________ 62 U.S.L.W. 4609 (U.S. June 24, 1994). See 1st Cir. Loc. R. ___ 27.1. Affirmed. Costs to appellee. ________ 2